UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MAX ROCKMAN & RANDALL MORING,

Plaintiffs,

v.

MICROSOFT CORPORATION.,

Defendant.

Case No. 2:26-cv-1876

NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 3(g), Plaintiffs respectfully submit this Notice of Related Case. The following case is currently pending in this district:

| Caption | Case Number | Assigned Judge | Status |
|---|---|---|---|
| In re Valve Antitrust Litigation | No. 2:21-cv-00563-JNW | Hon. Jamal N. Whitehead | Pending |

This action is related to *In re Valve Antitrust Litigation* because it arises from some of the same anticompetitive conduct at issue in that case. Specifically, Plaintiffs allege that Microsoft conspired with Valve to suppress price and content competition in the PC games market—the same relevant market at issue in *In re Valve*. Because the two actions involve common facts and overlapping questions of law, assignment to the same judge would avoid an unduly burdensome duplication of labor and expense and the potential for inconsistent results. LCR 3(g)(4).

NOTICE OF RELATED CASE
– Page 1

MORROW NI LLP
506 2ND AVE, FL 14
SEATTLE, WA 98104

Bucher Law PLLC
1000 Brickell Ave
STE 715 - Mailbox 1004
Miami, FL 33131

DATED this 5th day of June, 2026.

MORROW NI LLP

*s/ Yue Serena Yang*

Yue Serena Yang, WSBA # 63341
506 2nd Avenue, FL 14
Seattle, WA 98104
serena@moni.law

BUCHER LAW PLLC
Will Bucher (*pro hac vice forthcoming*)
1000 Brickell Ave
STE 715 - Mailbox 1004
Miami, FL 33131
(202) 997-3029
will@bucherlawfirm.com

*Attorneys for Plaintiffs*

NOTICE OF RELATED CASE
– Page 2

MORROW NI LLP
506 2ND AVE, FL 14
SEATTLE, WA 98104

Bucher Law PLLC
1000 Brickell Ave
STE 715 - Mailbox 1004
Miami, FL 33131