THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAX ROCKMAN & RANDALL MORING,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. 2:26-cv-01876-JNW

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPLY DEADLINE AND TO RENOTE MICROSOFT'S PENDING MOTION TO DISMISS**

Having considered the Unopposed Motion To Extend Reply Deadline and to Renote Microsoft's Pending Motion to Dismiss:

IT IS HEREBY ORDERED that Microsoft's Unopposed Motion To Extend Reply Deadline and to Renote Microsoft's Pending Motion to Dismiss is GRANTED. The deadline to file and serve reply in support of motion to dismiss is set for September 11, 2026 and Motion to dismiss noted for hearing September 11, 2026.

Dated this 1st day of September, 2026.

JAMAL N. WHITEHEAD
United States District Court Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Submitted August 31, 2026.

Presented By:

*/s/ Cara Wallace*________________

Shylah R. Alfonso (Wash. Bar 33138)
shylah.alfonso@ashurstperkins.com
Cara V. Wallace (Wash. Bar 50111)
cara.wallace@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-3097
Facsimile: (206) 359-9000

John (Jay) Jurata, Jr. (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

Julia Chapman (*pro hac vice*)
Julia.chapman@dechert.com
Forrest E. Lovett (*pro hac vice*)
Forrest.lovett@dechert.com
David M. Costigan (*pro hac vice*)
David.costigan@dechert.com
Sophie Davish (*pro hac vice*)
Sophie.davish@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Attorneys for Defendant*
*Microsoft Corporation*