THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MAX ROCKMAN & RANDALL MORING,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Case No. 2:26-cv-01876-JNW<br><br>**DECLARATION OF JULIA CHAPMAN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

I, Julia Chapman, declare as follows:

1. I am an attorney with the law firm Dechert LLP, counsel for Defendant Microsoft Corporation in this matter. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of Plaintiffs' Initial Requests to Produce to Microsoft Corporation.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of Plaintiffs' Initial Interrogatories to Microsoft Corporation.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of Plaintiffs' Subpoena Issued to Valve Corporation.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2026.

*/s/ Julia Chapman*
Julia Chapman



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000